UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAVELL JOHNSON and GWENDOLYN JOHNSON,
Personal Representative for the
ESTATE OF CLARENCE JOHNSON, Deceased

        Plaintiffs,                Case No.:  21-cv-11305

v                                  Hon. Matthew F. Leitman
                                  Mag. David R. Grand

CITY OF ST. CLAIR SHORES, MARK
STEVELINCK, ~~TODD BING~~, ~~JASON STACHEL~~ and
~~GERALD CHOMOS~~, in their individual and official capacity,

        Defendants.

| | |
|---|---|
| Christopher J. Trainor (P42449) | Timothy S. Ferrand (P39583) |
| Amy J. Derouin (P70514) | Cummings, McClorey, Davis & Acho, P.L.C. |
| Christopher Trainor & Associates | Attorney for Defendant |
| Attorney for Plaintiffs | 19176 Hall Road, Suite 205 |
| 9750 Highland Road | Clinton Township, MI  48038 |
| White Lake, MI  48386 | (586) 228-5600 |
| (248) 886-8650 | tferrand@cmda-law.com |
| amy.derouin@cjtrainor.com | |

## **INDEX OF EXHIBITS**

Ex. A - Stevelinck Dep Excerpts
Ex. B - Police Report
Ex. C - J. Johnson Dep Excerpts
Ex. D - Subpoena to Marcella Johnson
Ex. E - Deposition Transcript Marcella Johnson (no show)
Ex. F - G. Johnson Dep Excerpts
Ex. G - Henry v. Outback Steakhouse of Florida

{01890960-1 }