# **Exhibit B**

01278673-1

CR No: 200005417



# SAINT CLAIR SHORES PD
27665 JEFFERSON
SAINT CLAIR SHORES MI 48081
586 445-5300

## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 200005417 | 1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer [13001] |
| Report Date/Time | Occurrence Date/Time |
| 03/13/2020 13:32 | 03/13/2020 13:32 |
| Location | Call Source |
| 19720 EDMUNTON ST | 911 |
| Dispatched Offense | Verified Offense |
| C3324 Suspicious Circumstances | 1313 Assault/ Battery/Simple (Incl Domestic and Police Officer |
| OIC | OIC Contact Number |
| Spangler, Jennifer (SSSPANGLERJ-00215) | |
| County | City/Twp/Village |
| 50 - Macomb | 90 - St Clair Shores |
| Division | |
| Patrol | |

### Action Requested:

[ ] Arrest warrant     [ ] Review only

[ ] Search warrant    [ ] Forfeiture

[ ] Juvenile petition  [ ] Other

CR No: 200005417

| Offenses: |||
|---|---|---|
| **1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer** |||
| IBR Code / IBR Group | Offense File Class ||
| 13B - Simple Assault / A | 13001 - NONAGGRAVATED ASSAULT ||
| Crime Against | Location Type | Offense Completed |
| PE | 20 - Residence/Home | Completed |
| Domestic Violence | Hate/Bias ||
| Yes | 00 - None (No Bias) ||
| Using ||| Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No ||||
| Weapons ||||
| 40 - Personal Weapons (Hands, Feet, Teeth, etc.) ||||
| Criminal Activity ||||
| N - None/Unknown ||||

### People:

**JOHNSON, JAVELL DEMETRIUS (A-ARRESTEE)   [SSSTEVELINCKM (00261)]**

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| JOHNSON | JAVELL | DEMETRIUS | | |
| Aliases | Driver License# | DL State | DL Country | Personal ID# |
| | | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| (36) | M | BLACK/AFRICAN AMERICAN | Unknown | | | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | No | No | No | No | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 21112 NORWOOD | | | | UNKNOWN | |
| City | State | Zip | Cell Phone | Email ||
| Harper Woods | MI | 48225 | | ||

#### Arrest Information

| Offenses | Details ||
|---|---|---|
| 1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer | Arrest Date/Time: | 03/13/2020 13:32 |
| | Location: | 19720 EDMUNTON |
| | Arrest#: | 2020-385 |
| | Arrest Type: | Taken Into Custody |
| | OWI Arrest/BAC: | |
| | Offense Type: | Misd. |
| | Count: | |
| | Arresting Officer 1: | SSSTEVELINCKM (STEVELINCK, MARK 00261) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 - Unarmed |

**JOHNSON, MARCELLA CHARMAINE (V-VICTIM)   [SSSTEVELINCKM (00261)]**

| Victim Type | Victim of ||||
|---|---|---|---|---|
| I - Individual | 1313 - Assault/ Battery/Simple (Incl Domestic and Police Officer ||||
| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
| | | JOHNSON | MARCELLA | CHARMAINE | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| (35) | F | BLACK/AFRICAN AMERICAN | Unknown | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 19720 EDMUNTON | | | | UNKNOWN | |
| City | State | Zip | Cell Phone | Email ||

CR No: 200005417

| | | | | |
|---|---|---|---|---|
| St Clair Shores | MI | 48080 | | |

**Victim Injury**
N - None

### Victim Offender Relationships

| Offender | Type | Relationship |
|---|---|---|
| JOHNSON, JAVELL DEMETRIUS | A-ARRESTEE | 04-Victim Was Sibling (Brother or Sister) |

---

**MORIARTY, WILLIAM  (W-WITNESS)  [SSSTEVELINCKM (00261)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | EY | MORIARTY | WILLIAM | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 70 | M | WHITE | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| St Clair Shores | MI | 48080 | | |

---

**JOHNSON, CLARENCE LENARD (O-OTHER) (PV-PARENT OF VICTIM)  [SSSTEVELINCKM (00261)]**

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | JOHNSON | CLARENCE | LENARD | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| (62) | M | BLACK/AFRICAN AMERICAN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 19720 EDMUNTON | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| St Clair Shores | MI | 48080 | | |

---

### Property:

**1306 - Recording - Compact Disk CD / DVD 5427  [SSSPANGLERJ (00215)]**

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 27 | 27 - Recordings-Audio/Visual | F - TV's, Radios, Stereos, Etc... | | |

| Status | | | Count | Value |
|---|---|---|---|---|
| E - Evidence (Including Other Seized Property And Tools) | | | 1 | 0.05 |

| Description | Disposition | Evidence Tag |
|---|---|---|
| CD containing 911 call | | 200005417.001 |

| Recovered Date/Time | Location | Owner |
|---|---|---|
| | | , |

---

### Narrative:

CR No: 200005417-001   Written By: SSSTEVELINCKM (00261)   Date: 03/13/2020 02:46 PM

   On the above date and time, I was dispatched to Edmunton and Eastlawn for a male pulling a female from a blue SUV at the corner of Edmunton and Eastlawn. The call was created from a passerby who called 911.

   As I approached the location I observed a familiar blue SUV, a 2012 Lincoln Plate #

▮▮▮▮▮, which was part of a disorderly call just minutes prior at the 9 Mile Rd and I94 Marathon Gas Station (20-5415, summary below). When I approached the home I observed an older black male pulling on someone from the driver's compartment of the vehicle, which was parked in the driveway. I exited the car and demanded the subject, later identified as Clarence Johnson, to get face down on the ground. Clarence complied and laid down face first. As Clarence laid down I observed a second male and a female in the drivers compartment of the vehicle and the male forcefully pulling on the female from the driver's side. I recognized the male as the disorderly subject from the gas station who was identified as Javell Jonson. I ordered Javell out of the car and ordered him to the ground, Javell put his hands up but would not lay down. I then forced Javell on the ground face first by his right arm. Javell fell to the ground and scraped the right side of his face. I was able to handcuff him w/o incident (DL/CT). Clarence who was still on the ground and advising me that he was Javell's father and that he was just trying to get Javell off of his sister. I advised Clarence that he could stand and then I spoke to him and the victim.

I spoke with Clarence who stated that his son Javell and his daughter were having a sibling dispute and he was trying to get Javell off of the victim and out of the car. He asked if this could just be delt with as a family situation. I explained to Clarence that we were called on by an eye witness who observed Javell pulling the victim from the vehicle. Clarence stated he understood and just asked the favor.

I spoke with the victim, Marcella Johnson, who was very shaken up. Marcella immediately explained that it was a family matter and they could handle it. Marcella advised that she was not struck by Javell when asked. I then asked if Javell was pulling on her to get her out of he car and she stated yes. I advise Marcella that is why we were called and that is why he was being detained. Marcella and Clarence, along with the rest of the family showed up on scene and did not want Javell arrested. Marcella assisted Javell with a cut on his face before I advised them that he was going to be taken to the station for domestic violence. Javell was placed into my scout car and transported to the station. Marcella was not injured and did not complete a domestic violence form.

At the station Javell completed all paperwork and was seen by medics for his cut. Javell was cleared by FD and processed. The caller who initially observed the assault and called 911 made the station to fill out a witness statement. I spoke with William Moriarty who explained what he saw. William was walking his dog when he heard a car horn honk. William then observed people struggling in the drivers compartment of the vehicle. William stated that he approached the car and asked if help was need and was told no. William stated that he saw a male pulling on a female and the two struggling with each other. William filled out a statement but wished to not

fill out his info on the statement. The statement was scanned to this report and forwarded to DB.

Addition Info
Disturbance call at 9 Mile Rd and I-94
(20-5410)

We were dispatched to the Marathon gas station for a drunk disorderly B/M inside the store demanding a receipt. When I entered the location I heard and observed the B/M, identified as Javell Johnson, pounding on the glass separation and yelling at the clerk. I advised Javell to step outside to talk. Javell was staggering while walking and slurring his words. When asked if he had been drinking he explained that he had some shots. Javell was upset cause the clerk did not give him a receipt. I explained that there was nothing we could do about the receipt but was more concerned about the disturbance. Javell was failing to understand and then was advised to leave the location and not return. Javell entered the blue Lincoln SUV which was driven by a female and left the location.

---

**CR No: 200005417-002    Written By: SSSPANGLERJ (00215)    Date: 03/16/2020 09:02 AM**

I was assigned this case and reviewed it. According to Ofc Stevelinck's report Javell was forcefully pulling on his sister, Marcella. Javell was subsequently arrested for Domestic Violence. He was released pending investigation due to falling ill while in custody and having to go to the hospital.

I called and spoke with Marcella. She stated that Javell was trying to get his keys from her. She didn't want him to drive because he had been drinking. Marcella was not injured.

I ran Javell in LEIN/CCH. He does not have a CCH. The LEIN/CCH will be sent to the Prosecutor's Office along with a warrant request for Domestic Violence.

---

**CR No: 200005417-003    Written By: SSSPANGLERJ (00215)    Date: 04/21/2020 10:39 AM**

4/21/2020: I received the warrant request back from the Prosecutor's Office. APA Lozen denied the warrant against Javell citing that the complainant refuses to prosecute and insufficient evidence.

I left a message for victim, Marcella, advising above.

This case will be closed.

| |
|---|
| Warrant denied. This suspect was originally arrested but released pending investigation, so he is ineligible for an exceptional clearance. |

| CR No: 200005417-004　Written By: SSSPANGLERJ (00215)　Date: 07/29/2020 11:25 AM |
|---|
| 7/29/2020: I received an email from Sgt Hawrylko advising me that the suspect in this case has retained an attorney. The attorney sent a Notice to Preserve Evidence letter for this incident. One of the items they specifically requested was the 911 call. I located the 911 call and copied it to a CD. I placed it in the casefile. |

| Attachments: | | | | | |
|---|---|---|---|---|---|
| File Name | File Type | Comments | Date | By | Role |
| Attachments Included In This Report: | | | | | |
| 20-5417.PDF | pdf | witness statement | 03/13/2020 03:28 PM | STEVELINCK, MARK | POLICEOFFICER |

COMPLAINT #_____

# ST. CLAIR SHORES POLICE DEPARTMENT
# STATEMENT FORM

OBSERVED PERSON IN ~~EITHER~~ DRIVER'S SEAT OF CAR EITHER STRUGGLING WITH A MEDICAL PROBLEM, OR WITH ANOTHER PERSON, FROM A DISTANCE OF 150 FEET AWAY. ~~THE~~ CAR HORN WAS GOING ON + OFF SPORADICALLY.

~~APPRO~~ APPROACHED CAR FROM DRIVERS SIDE AND OBSERVED MAN & WOMAN STRUGGLING WITH EACH OTHER. ASKED BOTH IF POLICE CALL WAS REQUIRED. THEY BOTH REPLIED "NO".

CONTINUED WALKING AWAY FROM SCENE AND CALLED 911 FROM 300 FEET AWAY.

END OF STORY.

N
A  William C. (Bill) Moriarty
C  ▇▇▇
D  St. Clair Shores, MI  48080-3748
S  ▇▇▇  Home Phone
T  ▇▇▇  Cell Phone

P_____  
DATE OF BIRTH_____
HOME PHONE_____
CELL PHONE_____
WORK PHONE_____