UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVELL JOHNSON, *et al.*,

    Plaintiffs,

v.

CITY OF ST. CLAIR SHORES, *et al.*,

    Defendants.

_____/

Case No. 21-cv-11305
Hon. Matthew F. Leitman

**ORDER (1) DENYING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. VIKAS AGGARWAL, M.D. (ECF NO. 72), AND (2) GRANTING DEFENDANTS ADDITIONAL TIME TO FILE A MOTION FOR RECONSIDERATION.**

On Monday, September 22, 2025, the Court held a hearing on the following motion: Defendants' Motion to Exclude Testimony of Dr. Vikas Aggarwal, M.D. (*See* Mot., ECF No. 72.) For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Exclude Testimony of Dr. Vikas Aggarwal, M.D. is **DENIED**.

(2) Defendants may file a motion for reconsideration of the above decision not later than **NOVEMBER 7, 2025.**

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: September 22, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126