UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVELL JOHNSON, *et al.*,

    Plaintiffs,

v.

CITY OF ST. CLAIR SHORES, *et al.*,

    Defendants.

Case No. 21-cv-11305
Hon. Matthew F. Leitman

_____/

**ORDER (1) CLARIFYING THAT COURT'S PRIOR RULING OF SEPTEMBER 22, 2025, DID DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND (2) EXTENDING DEFENDANT'S TIME TO FILE A MOTION FOR RECONSIDERATION UNTIL 30 DAYS AFTER PARTIES COMPLETE FACILITATION**

On January 21, 2025, the lone remaining Defendant in this action, Mark Stevelinck, filed a motion to exclude opinion testimony of Dr. Vikas Aggarwal. (*See* Mot., ECF No. 72.) In the course of reviewing that motion, the Court determined that one component of the motion was best treated and decided as a motion for summary judgment. In that component of the motion, Stevelinck argued that as a matter of law, his actions could not have been the proximate cause of the death of Clarence Johnson. The Court issued an oral ruling on the motion on September 22, 2025, and it issued a written order memorializing that ruling the same day. (*See* Order, ECF No. 82.) The Court indicated in its oral ruling that it was denying

1

summary judgment on Stevelinck's argument that, as a matter of law, his actions could not have been the proximate cause of Clarence Johnson's death. But the Court did not reflect that ruling in its written order. The written order addressed only that portion of Stevelinck's motion seeking to exclude Dr. Aggarwal's testimony under Fed. R. Evid. 702. Accordingly, the Court hereby clarifies that Stevelinck's motion for summary judgment on the basis that, as a matter of law, his actions could not have been the proximate cause of Clarence Johnson's death is **DENIED**.

Counsel for Stevelinck has expressed a desire to file a motion for reconsideration of the Court's ruling, as clarified in this Order. Counsel may file that motion up to thirty days after the parties complete their upcoming facilitation. And in that motion, counsel may address all aspects of the Court's ruling, including those reflected in the Court's earlier Order (ECF No. 82) and in this Order.

**IT IS SO ORDERED**.

Dated: October 15, 2025

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126