UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAVELL JOHNSON, et al.,

Plaintiffs,

Case No. 21-cv-11305
Hon. Matthew F. Leitman

v.

MARK STEVELINCK,

Defendants.


| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Amy J. Derouin (P70514)<br>Jonathan A. Abent (P78149)<br>Christopher Trainor & Associates<br>Attorney for Plaintiffs<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>amy.derouin@cjtrainor.com | Timothy S. Ferrand (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Defendant<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com |


**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND DISTRIBUTION BY ESTATE**

This matter having come before the Court on Plaintiff Estate of Clarence Johnson's Motion Approve Settlement and Distribution, with Briefs submitted and oral argument entertained.

IT IS HEREBY ORDERED that:

Plaintiff's Motion (ECF 99) is granted for the reasons stated by the Court on the record.

**This is not a final Order and does not close this matter.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 16, 2024

Approved as to form:

/s/ *Jonathan A. Abent* (w/consent)
Christopher J. Trainor (P42449)
Amy J. Derouin (P70514)
Jonathan A. Abent (P78149)
Christopher Trainor & Associates
Attorney for Plaintiffs

/s/ *Timothy S. Ferrand*
Timothy S. Ferrand (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant