UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAVELL JOHNSON, et al.,

Plaintiffs,

Case No.: 21-cv-11305
Hon. Matthew F. Leitman

v.

MARK STEVELINCK,

Defendant.

Christopher J. Trainor (P42449)
Amy J. Derouin (P70514)
Jonathan A. Abent (P78149)
Christopher Trainor & Associates
Attorney for Plaintiffs
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
amy.derouin@cjtrainor.com

Timothy S. Ferrand (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that Plaintiff's claims and cause of action are hereby dismissed with prejudice and without cost to any party.

**This is a final Order and closes the case.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2026

Approved as to form:

/s/ *Jonathan A. Abent* (w/consent)
Christopher J. Trainor (P42449)
Amy J. Derouin (P70514)
Jonathan A. Abent (P78149)
Christopher Trainor & Associates
Attorney for Plaintiffs

/s/ *Timothy S. Ferrand*
Timothy S. Ferrand (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant